NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KYOCERA AVX COMPONENTS CORP.,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

---

2023-2261

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-02146-EDK, Chief Judge Elaine Kaplan.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

October 2, 2023
    Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 2, 2023